ORIGINAL

# In the United States Court of Federal Claims

FILED

JUN 23 2015

U.S. COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CHELSEA L. DAVIS,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 15-608C<br><br>Filed June 23, 2015 |

**ORDER**

On June 19, 2015, the Clerk's Office received from plaintiff *pro se* a document styled "Notice of My Petition to Ruth Bader Ginsburg for Appointment of Three-Judge Panel: Notice of Abatement: Notice Regarding Counsel: and Notice of Index of Confidential Information and Attachments Thereto". There is no provision in the Rules of the United States Court of Federal Claims ("RCFC") for such a filing. *See* RCFC 7. Accordingly, the Clerk's Office shall **RETURN** plaintiff's submission **UNFILED**.

**IT IS SO ORDERED.**

LYDIA KAY GRIGGSBY
Judge